IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KASSAN KHALID MORGAN, | ) | |
| TDCJ No. 1306656, | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 7:09-CV-167-O |
| v. | ) | |
| | ) | |
| RICHARD BARNETT, JR., *et al.*, | ) | |
| Defendants. | ) | |

ORDER

Plaintiff's motions to compel discovery (Docs. No. 36 & 64) are denied without prejudice pending final resolution of the qualified immunity issues in this case.  *See* Magistrate Judge's Recommendation (Doc. No. 90).

SO ORDERED this 27th day of March, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**